# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN LEE MALEY,
Appellant,
vs.
MARTHA MCKEE-BLACKHAM,
Respondent.

No. 80575

**FILED**

MAR 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on February 13, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice further advised that failure to comply with the notice will result in dismissal of this matter. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
Warm Springs Law Group
Barnes Law Group, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

20-09962